UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN GROHS, | : |
| Plaintiff, | : Civ. No. 13-7870 (KM) (MAH) |
| v. | : **MEMORANDUM AND ORDER** |
| SGT. FRATALONE, | : |
| Defendant. | : |

Plaintiff, Steven Grohs, is a civilly committed person currently residing at the Special Treatment Unit Annex in Avenel, New Jersey. He is proceeding *pro se* with a civil rights complaint under 42 U.S.C. § 1983. On September 30, 2014, the Court screened the complaint and permitted Mr. Grohs' complaint to proceed against defendant Sergeant Fratalone on a retaliation claim. All other claims were dismissed without prejudice. Mr. Grohs was then given time to submit a properly supported motion to amend his complaint within thirty days. He then received an extension to time to file such a motion to amend until December 10, 2014.

On December 1, 2014, the Court received Mr. Grohs' second request for an extension of time to file a motion to amend the complaint. Mr. Grohs requested an additional thirty days in which to file his motion to amend. Good cause appearing, the motion for an extension of time to file a motion to amend the complaint will be granted.

On January 7, 2015, the Court received Mr. Grohs' motion to amend the complaint. As his motion for an extension of time to file his motion to amend has now been granted, his actual motion to amend the complaint is considered timely. Accordingly, the proposed amended complaint will be screened, and the Court will in the future render an opinion, pursuant to 28

1

U.S.C. § 1915(e)(2)(B). The Respondent need not respond to the motion to amend and shall not answer the proposed amended complaint unless and until directed to do so.

Therefore, IT IS this 13th day of January, 2015,

ORDERED that plaintiff's motion for an extension of time to file his motion to amend the complaint (Dkt. No. 11) is granted; and it is further

ORDERED that the proposed amended complaint will first be screened pursuant 28 U.S.C. § 1915(e)(2)(B) before any further action is taken in the case.

KEVIN MCNULTY
United States District Judge